Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA MODEL,** *individually and on behalf of all those similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> **LENDINGTREE INC. D/B/A QUOTE WIZARD,** <br><br> Defendant. | Case No.: **8:26-cv-01749** <br><br><br> **PROOF OF SERVICE** |

The undersigned declares: I am over the age of 18 years old and my business address is 1515 NE 26th Street, Wilton Manors, Florida 33305 and my telephone number is (754) 444-7539. On August 3, 2026, I served counsel for Defendant, Dillon Chen, Esq., via e-mail correspondence with the below referenced documents.

- Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form [D.E. 5]

I caused the foregoing document(s) to be served via email to the electronic email address for Defendant's counsel (dillon.chen@nelsonmullins.com). Transmission was reported as complete without error.

Executed on August 3, 2026 in Wilton Manors, Florida.

Respectfully Submitted,

/s/  *Gerald D. Lane, Jr.*
**GERALD D. LANE, JR., ESQ.**
California Bar No: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*

2
Proof of Service